

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RODERICK TROTTIE | CIVIL ACTION 11-0688 |
| VERSUS | U.S. DISTRICT JUDGE DRELL |
| SAM'S EAST INC. | U.S. MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by the parties, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that defendant's motion to dismiss, doc. #9, is GRANTED and plaintiff's claims are dismissed with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 29 day of July, 2011.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**